

US LLP
200 Campus Drive
Suite 300
Florham Park, New Jersey 07932
Telephone: 973 210 6700
Facsimile: 973 210 6701
www.clydeco.us
Patrick.During@clydeco.us

December 21, 2011

**<u>Via E-File</u>**

Clerk
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:     **Sandra  Baptista v. Target Corporation**
        **Civil Action No. 11-cv-6977 (AET)(LHG)**

Dear Sir/Madam:

Enclosed please find a Stipulation on Case Valuation and Consent Remand Order with regard to the above-referenced matter.   Thank you.

Very truly yours,

PATRICK E. DURING

PED/vs
Enclosures
cc:     John J. Sheptock, Esq.

Clyde & Co US LLP is a Delaware limited liability partnership with offices in New Jersey, New York, and San Francisco.  Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

627117v1

CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, NJ 07932
(973)-210-6700
Attorneys for Defendants, Target Corporation

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandra Baptista, | CIVIL ACTION NO. 11-cv-06979-AET-LHG |
| Plaintiff, | |
| v. | STIPULATION ON CASE VALUATION |
| TARGET and JOHN DOE, | |
| Defendants. | |

Plaintiff, Sandra Baptista, hereby stipulates and agrees that any judgment entered in her favor will not exceed $75,000.00, inclusive of attorneys' fees, costs and interest. In reliance upon plaintiff's statement of damages and plaintiff's counsel's representations on December 13, 2011 and this Stipulation, defendant, Target Corporation will submit a form of Consent Remand Order to the United States District Court for the District of New Jersey.

By: _____

John J. Sheppock, Esq.
Attorney for Plaintiffs,
Sandra Baptista

Dated:

622850v1

**CLYDE & CO US LLP**
200 Campus Drive
Suite 300
Florham Park, New Jersey 07932
(973) 210-6700
Attorneys for Defendants, Target Corporation

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandra Baptista,<br><br>           Plaintiff,<br><br>   v.<br><br>TARGET and JOHN DOE,<br><br>           Defendants. | CIVIL ACTION NO. 11-cv-06979-AET-LHG<br><br>**CONSENT REMAND ORDER** |

THIS MATTER having come before the Court by Stipulation of John J. Sheptock, Esq., counsel for plaintiff, Sandra Baptista, and Matthew W. Bauer, Esq., of Clyde & Co US LLP, counsel for the defendant, Target Corporation, wherein plaintiff and defendant stipulate and agree that the above action is hereby remanded to the Superior Court of New Jersey, Law Division, Somerset County, for all further proceedings as diversity jurisdiction no longer exits pursuant to plaintiff having stipulated that any judgment entered in her favor will not exceed $75,000.00, inclusive of attorneys' fees, costs and interest.

IT IS on this _____ day of _____, 2011,

ORDERED that, this matter is hereby remanded to the Superior Court of New Jersey, Law Division, Somerset County; and it is further

ORDERED that a copy of this Order be served upon all attorneys of record within seven (7) days of its receipt by counsel.

622849v1

**AGREED AND ACCEPTED:**

**JOHN J. SHEPTOCK, LLC.**
Attorneys for Plaintiff,
Sandra Baptista

By: _____
John J. Sheptock, Esq.

Dated:


**CLYDE & CO US LLP**
Attorneys for Defendants,
Target Corporation and

By: _____
Matthew W. Bauer, Esq.

Dated:


**SO ORDERED:**

_____
Honorable Anne E. Thompson, U.S.D.J.

Dated: