# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### OFFICE OF THE CLERK

*Clarkson S. Fisher U.S. Courthouse*
*402 East State Street Room 2020*
*Trenton, New Jersey 08608*

**CAMDEN OFFICE**
*Mitchell H. Cohen U.S. Courthouse*
*One John F. Gerry Plaza*
*Fourth & Cooper Streets Room 1050*
*Camden, N.J. 08101*

**NEWARK OFFICE**
*Martin Luther King Jr. Federal Bldg &*
*U.S. Courthouse*
*50 Walnut Street, P.O. BOX 419*



Reply To: **TRENTON**

December 29, 2011

Deputy Clerk of Superior Court of New Jersey,
Law Division, Somerset County
Civil Division Office
New Court House, Third Floor
PO Box 3000
Somerville, NJ 08876

    Re: BAPTISTA v. TARGET., et al
       3:11-6979 (AET)

Dear Clerk of the Court:

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court, along with a certified copy of the docket sheet.

Very truly yours,
WILLIAM T. WALSH, CLERK

S/Beth Joniak
By: Beth Joniak,
Deputy Clerk

Encl.

cc: file
    All Counsel